IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:22-cr-__0006__ |
| | ) | |
| v. | ) | |
| | ) | Possess with Intent to Distribute |
| HUGH ELLIS MASON, III | ) | Controlled Substances |
| aka "Peter," | ) | 21 U.S.C. § 841 |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | Possess Firearm and Ammunition by |
| | ) | a Convicted Felon |
| | ) | 18 U.S.C. § 922(g)(1) |
| . ) | | (Count 2) |

**INDICTMENT**
**MAY 2022 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

## <u>COUNT ONE</u>
(Possess with Intent to Distribute Heroin and Fentanyl)

On or about February 16, 2022, in the Eastern District of Virginia and within the

jurisdiction of this Court, the defendant, HUGH ELLIS MASON, III, aka "Peter," did knowingly

and intentionally possess with the intent to distribute:  more than 100 grams of a mixture and

substance containing a detectable amount of heroin, a Schedule I controlled substance, and

fentanyl, a Schedule II controlled substance; and a mixture and substance containing a detectable

amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).)

˅1˅

## COUNT TWO
(Possess Firearm and Ammunition After Felony Conviction)

On or about February 16, 2022, in the Eastern District of Virginia and within the

jurisdiction of this Court, the defendant, HUGH ELLIS MASON, III, aka "Peter," knowing he

had previously been convicted of a crime punishable by imprisonment for a term exceeding one

year, knowingly and unlawfully possessed a firearm, to wit, an FN, model 57, 5.7 caliber,

semiautomatic handgun, bearing serial number 386357075, and ammunition in and affecting

interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATIONS

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon

conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall

forfeit to the United States all property constituting or derived from proceeds the defendant

obtained, directly or indirectly, as a result of the violations and any property used, or intended to

be used, in any manner or part, to commit or to facilitate the commission of the offense,

including but not limited to:

an FN model 57, 5.7 caliber semiautomatic handgun, bearing serial number 386357075.

(In accordance with Title 21, United States Code, Section 853(a)) and Title 18, United States
Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c).)

A TRUE BILL


_____
FOREPERSON

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney

3